UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAKE,<br><br>    Plaintiff,<br><br>    v.<br><br>J. WEISS, et al.,<br><br>    Defendants. | No. 2:19-cv-2083 MCE KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 17. On March 17, 2020, plaintiff filed a document that the undersigned construes as plaintiff's objections to the findings and recommendations. ECF No. 18.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

In an abundance of caution, and in light of the coronavirus pandemic, plaintiff is granted sixty days in which to file an amended complaint. Failure to comply with this order will result in the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 17, 2020 filing (ECF No. 18) is construed as objections;

2. The findings and recommendations filed March 4, 2020 (ECF No. 17), are ADOPTED in full;

3. Plaintiff's motion (ECF No. 16) is DENIED without prejudice;

4. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint that complies with the court's prior orders; and

5. The Clerk of the Court is directed to send plaintiff the form for filing a civil rights complaint by a prisoner.

IT IS SO ORDERED.

Dated: April 3, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE