UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAKE,<br><br>            Plaintiff,<br><br>     v.<br><br>J. WEISS, et al.,<br><br>            Defendants. | No. 2:19-cv-2083 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On April 6, 2020, the district court adopted the undersigned recommendation that plaintiff's motion for injunctive relief be denied, and plaintiff was ordered to file a complaint within sixty days. Subsequently, plaintiff filed another motion for preliminary injunction but has not yet filed a complaint in this action.

Plaintiff's rambling motion suffers from the same defects as his prior motion, including his repeated request for the return of personal property, and wholly fails to address the standards provided in the court's findings and recommendations (ECF No. 17). Plaintiff's motion is denied without prejudice.

Plaintiff filed his first motion on October 17, 2019, yet he has not filed a complaint. Plaintiff is cautioned that an action is not commenced until a complaint is filed. Fed. R. Civ. P. 3. Plaintiff must file a complaint, on the court's form, that identifies the names of defendants and the constitutional violations he alleges he suffered in order for this court to determine whether it has

jurisdiction.  Therefore, plaintiff is granted one final extension of time in which to file his complaint.  If he fails to do so, this action will be dismissed based on his failure to properly commence this action, as well as his repeated failures to follow court orders requiring him to file a complaint.  Fed. R. Civ. P. 3, 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 20) is denied without prejudice;

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint;

3. The Clerk of the Court is directed to send plaintiff the form for filing a civil rights complaint by a prisoner; and

4. Plaintiff is cautioned that failure to comply with this court order and file a complaint will result in the dismissal of this action.

Dated:  July 14, 2020

/lake2083.36f

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2